STATE OF CONNECTICUT *v.* DAVID ADAMS

The defendant's petition for certification for appeal from the Appellate Court (AC 12358) is denied.

*David Adams,* pro se, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided April 14, 1994

STATE OF CONNECTICUT *v.* GARY GRANT

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 647 (AC 11630), is denied.

*John R. Williams,* in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided April 14, 1994

FLEET BANK, N.A. *v.* GIANFRANCO GALLUZZO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 662 (AC 11895), is denied.

*David C. Bloomberg,* in support of the petition.

*Peter B. Rustin,* in opposition.

Decided April 14, 1994

NANCY BURTON *v.* PLANNING COMMISSION OF THE TOWN OF REDDING ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 928 (AC 12306), is denied.